UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO S. OCHOA,<br>        Plaintiff,<br>    v.<br>JOHN SARJENTO,<br>        Defendant. | Case No. 17-cv-04235-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  The court dismissed the complaint with leave to amend after discussing the deficiencies with the complaint.  The time to file an amended complaint has passed and plaintiff has not submitted an amended complaint or otherwise communicated with the court.  The case is **DISMISSED** for the reasons set forth in the prior order.

**IT IS SO ORDERED.**

Dated: September 8, 2017

PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2017\2017_04235_Ochoa_v_Sarjento_(PSP)\17-cv-04235-PJH-dis_fta.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO S. OCHOA,<br><br>      Plaintiff,<br><br>    v.<br><br>JOHN SARJENTO,<br><br>      Defendant. | Case No. 17-cv-04235-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 8, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armando S. Ochoa ID: AP0089
P.O. Box 1050
Soledad, CA 93960

Dated: September 8, 2017

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By:_____
                                          Kelly Collins, Deputy Clerk to the
                                          Honorable PHYLLIS J. HAMILTON